*Mr. A. Mitchell Palmer* and *Mr. Frank Davis, Jr.,* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 954. FOUR-IN-ONE COAL COMPANY *v.* ELI H. BROWN. May 7, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Emile Steinfeld* and *Mr. D. A. Sachs, Jr.,* for petitioner. No appearance for respondent.

---

No. 961. TONY PANZICH ET AL. *v.* UNITED STATES. May 7, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Frank P. Doherty* for petitioners. No brief filed for the United States.

---

No. 968. C. W. JOHNSON, TRUSTEE IN BANKRUPTCY, ETC. *v.* GRAINGER & COMPANY. May 7, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. D. A. Sachs, Jr.,* and *Mr. Emile Steinfeld* for petitioner. No appearance for respondent.

---

No. 983. MOE H. BARON ET AL. *v.* UNITED STATES. May 7, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edmund H. Moore* for petitioners. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 989. A. BALDINI *v.* UNITED STATES. May 7, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mrs. Annette*

*Abbot Adams* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 1002. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, ETC. *v.* ELLEN A. LONG, ADMINISTRATRIX, ETC. May 7, 1923. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Charles C. Paulding* and *Mr. Leroy B. Williams* for petitioner. *Mr. George H. Bond* and *Mr. A. Lee Olmsted* for respondent.

No. 1009. GEORGE R. BROADWELL *v.* BOARD OF COUNTY COMMISSIONERS OF BRYAN COUNTY, OKLAHOMA. May 7, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. George P. Glaze* for petitioner. No appearance for respondent.

No. 1011. SAMUEL KRIVIT ET AL. *v.* UNITED STATES. May 7, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Louis Marshall* for petitioners. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 1023. RAY LEVINSON *v.* WILLIAM A. GREENE, TRUSTEE, ETC.; and

No. 1024. MANHATTAN INVESTMENT COMPANY *v.* WILLIAM A. GREENE, TRUSTEE, ETC. May 7, 1923. Petitions for writs of certiorari to the Supreme Court of the State of Washington denied. *Mr. Walter B. Allen* and *Mr. Robert Ash* for petitioners. *Mr. Joseph W. Cox* for respondent.